# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>WISE, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-01501-NODJ-BAM (PC)<br><br>ORDER DENYING MOTION REGARDING THE FACTS<br>(ECF No. 14)<br><br>ORDER CONSTRUING FILING AS MOTION FOR SETTLEMENT CONFERENCE<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AS PREMATURE<br>(ECF No. 15) |

      Plaintiff Michael Hernandez Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

      Currently pending are the Court's October 24, 2023 findings and recommendations to deny Plaintiff's motion for leave to proceed *in forma pauperis*. (ECF No. 8.) Plaintiff has filed multiple objections to those findings and recommendations, (ECF Nos. 10, 12, 13), and they remain pending review by a District Judge.

      On February 22, 2024, Plaintiff filed two documents titled "Motions of the facts to seriousness of the circumstances of major permanent injurys and record of merits of factual concrete injurys by defendants thur the years (declaration)" and "Notice regarding early settlement conference." (ECF Nos. 14, 15 (unedited text).)

1

With respect to the motion, Plaintiff sets forth certain factual allegations regarding lawsuits Plaintiff previously filed with the Court, as well as other factual allegations relating to the merits of this action. (ECF No. 14.) It is not clear what relief Plaintiff seeks in filing this motion. To the extent Plaintiff seeks judgment in his favor, the motion is denied as premature. Plaintiff's motion to proceed *in forma pauperis* remains pending, and the Court has not yet screened the complaint. If Plaintiff is requesting that the Court take judicial notice of the factual allegations contained in the motion, the request is denied. Aside from taking judicial notice of the existence of Plaintiff's previous lawsuits, these allegations are not the type of facts that are appropriate for judicial notice.[1]

With respect to the notice regarding early settlement conference, the Court construes the filing as a motion for a settlement conference. The motion is denied. As this action has not yet been served on any defendant and no defendant has appeared, the Court finds that a settlement conference would be premature at this time.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion regarding the facts, (ECF No. 14), is DENIED;
2. Plaintiff's February 22, 2024 notice regarding early settlement conference, (ECF No. 15), is CONSTRUED as a motion for settlement conference; and
3. Plaintiff's motion for a settlement conference, (ECF No. 15), is DENIED as premature.

IT IS SO ORDERED.

Dated: **February 22, 2024**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 201(b) of the Federal Rules of Evidence provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b).