UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>WISE, et al.,<br><br>Defendants. | No. 1:23-cv-01501-KES-BAM (PC)<br><br>AMENDED ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2, 8, 18, 19, 20) |

Plaintiff Michael Hernandez Gonzalez is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on October 23, 2023, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Docs. 1, 2. Plaintiff filed a certified copy of his prison trust account statement on October 24, 2023. Doc. 6.

On October 24, 2023, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed in forma pauperis be denied and plaintiff be required to pay the $402.00 filing fee in full to proceed with this action. Doc. 8. The magistrate judge found that plaintiff was able to afford the costs of this action because his available balance at the time this action was filed was $1,186.98. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 2. On November 13, 2023, Plaintiff filed

1

1  objections to the findings and recommendations.

2  Plaintiff filed additional documents on January 16, 2024, January 22, 2024, and July 1,
3  2024, appearing to further object on the basis that as of the date of those filings, he no longer had
4  sufficient funds to pay the filing costs of this action.  Docs. 12, 13, 21.  Plaintiff has filed three
5  additional motions to proceed in forma pauperis on March 28, 2024, May 13, 2024, and May 20,
6  2024.  Docs. 18, 19, 20.  The latest motion to proceed in forma pauperis indicates that, although
7  plaintiff had funds to pay the initial filing fee at the time this action was filed, he no longer has
8  any funds.  The court acknowledges the changed circumstances were, at least partially, due to the
9  delay in ruling on plaintiff's motion to proceed in forma pauperis.  Such delay was caused by a
10 judicial vacancy in the Fresno courthouse and included several months where this matter was not
11 assigned to a district judge.  Doc. 11.

12 Plaintiff has made the showing required by § 1915(a) and accordingly, the request to
13 proceed in forma pauperis will be granted.[1]  Plaintiff is obligated to pay the statutory filing fee of
14 $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments
15 in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's
16 trust account.  The California Department of Corrections is required to send to the Clerk of the
17 Court payments from Plaintiff's trust account each time the amount in the account exceeds
18 $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

19 Accordingly, IT IS HEREBY ORDERED that:

20 1. Plaintiff's application to proceed in forma pauperis is GRANTED.

21 **2. The Director of the California Department of Corrections or designee shall collect**
22 **payments from plaintiff's prison trust account in an amount equal to twenty percent**
23 **(20%) of the preceding month's income credited to the prisoner's trust account and**
24 **shall forward those payments to the Clerk of the Court each time the amount in the**
25 **account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of**
26 **<u>$350.00</u> has been collected and forwarded to the Clerk of the Court. The payments**

---

[1] The court considers plaintiff's current financial situation when determining whether to grant in forma pauperis status because of the delay caused by the judicial vacancy.

1 **shall be clearly identified by the name and case number assigned to this action.**

2 3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

5. The findings and recommendations issued on October 24, 2023, Doc. 8, are terminated as moot.

IT IS SO ORDERED.

Dated:   July 19, 2024

UNITED STATES DISTRICT JUDGE

3