1
2
3
4

# UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13

| | |
|---|---|
| MICHAEL HERNANDEZ GONZALEZ, | Case No.  1:23-cv-01501-KES-BAM (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR LAST DOCKET ENTRY |
| v. | (ECF No. 32) |
| WISE, *et al.*, | |
| Defendants. | |

14    Plaintiff Michael Hernandez Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se*

15 and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 4,

16 2024, the Court screened the first amended complaint and issued findings and recommendations

17 that this action be dismissed, with prejudice, for failure to state a cognizable claim upon which

18 relief may be granted.  (ECF No. 27.)  Plaintiff filed objections on September 23, 2024, and

19 October 9, 2024.  (ECF Nos. 28, 29.)  The findings and recommendations, and Plaintiff's

20 objections thereto, are pending before the assigned District Judge.

21    On January 27, 2025, Plaintiff filed a "Notice of Date of Last Docket Enter Into Your

22 Court." (ECF No. 32.)  Plaintiff states that he timely mailed his amended complaint against

23 Defendants in order to continue.  Plaintiff replied to the Court on August 24, 2024, and it is now

24 January 23, 2025 and he has not received a reply.  Therefore, Plaintiff asks the Court to let him

25 know the last docket date.  (*Id.*)  The Court construes the filing as a motion for the last docket

26 entry, or a case status update.

27    Plaintiff is reminded that parties are required to keep the Court informed of the party's

28 current address, and the Court will then provide notice of all actions which might affect the case

1

as soon as an action is taken in the case.  Generally, the Court will not respond in writing to individual inquiries regarding the status of a case.  (ECF No. 3, pp. 3–4.)  However, the Court will make a one-time exception.

Plaintiff is informed that the Court received Plaintiff's first amended complaint on August 28, 2024.  (ECF No. 26.)  The first amended complaint was then screened, resulting in the September 4, 2024 findings and recommendations to dismiss this action for failure to state a claim.  (ECF No. 27.)  As noted above, Plaintiff did receive the findings and recommendations, as he filed two sets of objections thereto.  (ECF Nos. 28, 29.)  Plaintiff then filed a motion for appointment of counsel on October 21, 2024.  (ECF No. 30.)  That motion was denied on October 23, 2024, and in that order the Court again reminded Plaintiff that the findings and recommendations regarding his first amended complaint remained pending before the assigned District Judge.  (ECF No. 31.)  No other orders have been issued since that date, and Plaintiff's instant motion requesting the last docket entry is the only filing received from Plaintiff since that date.

Despite Plaintiff's assertions to the contrary, it is clear from the record that Plaintiff has successfully received the Court's orders in this action since the first amended complaint was filed. The Court has also received Plaintiff's responses to the findings and recommendations.  At this time, there are no pending deadlines that require a response from Plaintiff.  The findings and recommendations regarding Plaintiff's first amended complaint will be addressed in due course. **Plaintiff is warned that the Court may not respond to future requests for status of this case.**

Accordingly, Plaintiff's motion for last docket entry, (ECF No. 32), is HEREBY GRANTED, as discussed above.

IT IS SO ORDERED.

Dated:   **February 18, 2025**              ___/s/ _Barbara A. McAuliffe___
                                                    UNITED STATES MAGISTRATE JUDGE